FILED

2008 FEB 21 P 2: 30

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )   CR-8-90095 MISC PVT
                                      )
            Plaintiff,                )   [PROPOSED] ORDER APPOINTING
                                      )   CJA PANEL COUNSEL
vs.                                   )
                                      )
NEIL JASSO,                           )
                                      )
            Defendant.                )
_____)

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that CJA Panel counsel be appointed to represent Mr. Neil Jasso, pre-charge.

Dated: 2/21/08

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER APPOINTING COUNSEL                    1